United States District Court
Southern District of Texas

**ENTERED**

October 18, 2022

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| SARAI AGUILAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00449 |
| | § | |
| TEXAS FARMERS INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

The Court's October 18, 2022, order dismissed all of Plaintiff Sarai Aguilar's claims with prejudice.[1] The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's order. The Court holds that Plaintiff takes nothing by this suit. Each party to bear its own costs. Any relief not expressly granted in this final judgment is hereby **DENIED**. This case is terminated, and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 18th day of October 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 15.